IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DARRYL JONES,<br><br>                  Defendant. | 4:15CB3000<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 2398163 is dismissed.

February 3, 2022.

                                                      BY THE COURT:

                                                      s/<u>Cheryl R. Zwart</u><br>
                                                      United States Magistrate Judge